**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>U.S. Department of Justice, Antitrust Division<br>405 5th Street NW, Suite 4100<br>Washington, DC  20530<br><br>STATE OF CALIFORNIA<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102<br><br>STATE OF FLORIDA<br>PL-01, The Capitol<br>Tallahassee, FL  32399-1050<br><br>STATE OF HAWAII<br>425 Queen Street<br>Honolulu, HI  96813<br><br>STATE OF MISSISSIPPI<br>P.O. Box 22947<br>Jackson, MS  39225<br><br>and<br><br>STATE OF WASHINGTON<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA  98104-3188<br><br>     *Plaintiffs*,<br><br>     v.<br><br>CVS HEALTH CORPORATION<br>1 CVS Drive<br>Woonsocket, RI  02895<br><br>and<br><br>AETNA INC.<br>151 Farmington Avenue<br>Hartford, CT  06156<br><br>     *Defendants*. | Case No. 1:18-cv-02340 |

- 2 -

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Petitioner respectfully moves this Court for the admission and appearance of attorney Konstantin Medvedovsky *pro hac vice* in the above-captioned action.  This motion is supported by the Declaration of Konstantin Medvedovsky, filed herewith.  As set forth in Mr. Medvedovsky's declaration, he is admitted and an active member in good standing of the New York bar.  This motion is supported and signed by Michael Cowie an active and sponsoring member of the Bar of this Court.

Dated:  October 12, 2018                                     Respectfully submitted,


                                                                            */s/ Mike Cowie*
                                                                            Michael G. Cowie
                                                                            D.C. Bar No. 432338

                                                                            DECHERT LLP
                                                                            1900 K Street, NW
                                                                            Washington, DC 20006
                                                                            Telephone: (202) 261-3300
                                                                            Facsimile: (202) 261-3333

                                                                            *Counsel for CVS Health Corporation*

# CERTIFICATE OF SERVICE

I, Michael G. Cowie, hereby certify that on October 12, 2018, I caused a copy of the

foregoing Motion for Admission *Pro Hac Vice*, to be filed with the Court using its ECF system,

and to be served upon Defendant Aetna Inc., by mailing the documents electronically to their

duly authorized legal representative:

**Counsel for Aetna Inc.:**
Howard Shelanski
Davis Polk & Wardwell LLP
901 15th Street NW
Washington, D.C. 20005
Telephone: (202) 962-7060
Facsimile: (202) 962-7197
Email: howard.shelanski@davispolk.com

> */s/ Mike Cowie*
> Michael G. Cowie
> D.C. Bar No. 432338
>
> DECHERT LLP
> 1900 K Street, NW
> Washington, DC 20006
> Telephone: (202) 261-3300
> Facsimile: (202) 261-3333
> Email:  mike.cowie@dechert.com
>
> *Counsel for CVS Health Corporation*