# CERTIFICATE OF SERVICE

I, Jesse Solomon, hereby certify that on October 22, 2018, I caused a copy of the foregoing Aetna Inc.'s Report of Compliance with Antitrust Procedures and Penalties Act Requirements, to be filed with the Court using the CM/ECF system, and to be served upon Plaintiffs UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF FLORIDA, and STATE OF WASHINGTON, and Defendant CVS HEALTH via the CM/ECF system, and to be served upon Plaintiffs STATE OF HAWAII and STATE OF MISSISSIPPI by mailing the documents electronically to their duly authorized legal representative:

**Counsel for Plaintiff STATE OF HAWAII**
Rodney I. Kimura
Deputy Attorney General
425 Queen Street
Honolulu, HI 96813
Phone: (808)586-1180
Fax: (808) 586-1205
rodney.i.kimura@hawaii.gov

**Counsel for Plaintiff STATE OF MISSISSIPPI**
Crystal Utley Secoy
Consumer Protection Division
Mississippi Attorney General's Office
P.O. Box 22947
Jackson, Mississippi 39225
Phone: (601) 359-4213
cutle@ago.state.ms.us

/s/ Jesse Solomon
Jesse Solomon (D.C. Bar No. 998972)
DAVIS POLK & WARDWELL LLP
901 15th Street, N.W.
Washington, District of Columbia 20005
(202) 962-7000
jesse.solomon@davispolk.com
*Counsel for Defendant Aetna, Inc.*