AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:18-CV-02340-RJL |
| CVS HEALTH CORPORATION and AETNA INC., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plantiff STATE OF HAWAII                                                                              .

Date:      10/31/2018

/s/ Rodney I. Kimura
*Attorney's signature*

Rodney I. Kimura  Hawaiʻi Bar No. 2734
*Printed name and bar number*

Department of the Attorney General
425 Queen Street
Honolulu, Hawaiʻi  96813

*Address*

rodney.i.kimura@hawaii.gov
*E-mail address*

(808) 586-1180
*Telephone number*

(808) 586-1205
*FAX number*