# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> CVS HEALTH CORPORATION <br><br> and <br><br> AETNA INC., <br><br> *Defendants.* | Case No. 1:18-cv-02340-RJL |

## PLAINTIFF UNITED STATES' UNOPPOSED MOTION TO APPOINT A MONITORING TRUSTEE

As authorized by the proposed Final Judgment filed with the Court on October 10, 2018, Plaintiff United States, after consultation with the Plaintiff States, hereby moves this Court for entry of an order approving the appointment of Julie Myers Wood as monitoring trustee. In support of this motion, the United States files (1) the Memorandum of Points and Authorities in Support of Plaintiff United States' Unopposed Motion to Appoint a Monitoring Trustee and (2) the proposed Order.

Dated:  November 20, 2018

Respectfully submitted,


_____/s/_____
Jay D. Owen
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 4100
Washington, D.C. 20530
Tel.: (202) 598-2987
Fax: (202) 616-2441
E-mail: Jay.Owen@usdoj.gov