**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>U.S. Department of Justice, Antitrust Division<br>405 5th Street NW, Suite 4100<br>Washington, DC 20530<br><br>STATE OF CALIFORNIA<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br><br>STATE OF FLORIDA<br>PL-01, The Capitol<br>Tallahassee, FL 32399-1050<br><br>STATE OF HAWAII<br>425 Queen Street<br>Honolulu, HI 96813<br><br>STATE OF MISSISSIPPI<br>P.O. Box 22947<br>Jackson, MS 39225<br><br>and<br><br>STATE OF WASHINGTON<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br><br>        *Plaintiffs*,<br><br><br>CVS HEALTH CORPORATION<br>1 CVS Drive<br>Woonsocket, RI 02895<br><br>and<br><br>AETNA INC.<br>151 Farmington Avenue<br>Hartford, CT 06156<br><br>        *Defendants*. | Case No. 1:18-cv-02340 |

3

# DECLARATION OF HOWARD SHELANSKI

I, Howard Shelanski, declare that:

1. My full name is Howard Shelanski, and I am a partner with the firm Davis Polk & Wardwell LLP.

2. Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

3. My office address is Davis Polk & Wardwell LLP, 901 15th Street NW, Washington, DC 20005.  My telephone number is (202) 962-7060.

4. I have been admitted to and am a member in good standing of the bars of the Commonwealth of Pennsylvania and the District of Columbia.

5. I have not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against me.

6. In the past two years, I have not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   Washington, DC
        November 28, 2018

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By:   /s/ *Howard Shelanski*
      Howard Shelanski

901 15th Street NW
Washington, DC 20005
(202) 962-7060
Howard.Shelanski@davispolk.com
*Counsel for Defendant Aetna Inc.*
*151 Farmington Avenue*
*Hartford, CT 06156*

4