AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-02340-RJL |
| CVS Health Corporation, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CVS Health Corporation .

Date: 12/14/2018

/s/ Enu A. Mainigi
*Attorney's signature*

Enu A. Mainigi (DC Bar No. 454012)
*Printed name and bar number*

WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005

*Address*

emainigi@wc.com
*E-mail address*

(202) 434-5420
*Telephone number*

(202) 434-5029
*FAX number*