**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        Plaintiffs,<br>    v.<br><br>CVS HEALTH CORPORATION; and AETNA INC.,<br><br>        Defendants. | Civil Action No. 1:18-cv-02340-RJL<br><br>**Hon. Richard J. Leon** |

**CVS HEALTH CORPORATION'S NOTICE OF OPPOSITION
TO MOTIONS FOR LEAVE TO INTERVENE**

CVS Health Corporation hereby provides notice of its opposition to the motions for leave to intervene by (1) Pharmacists United for Truth and Transparency ("PUTT") and Pharmacists Society of the State of New York, Inc. ("PSSNY") and (2) Consumer Action and U.S. PIRG. CVS intends to file a supporting memorandum later today.

Dated: December 17, 2018

Respectfully submitted,

*/s/ Craig D. Singer*

Enu A. Mainigi
Craig D. Singer
Jonathan B. Pitt
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC  20005
Tel.:  (202) 434-5000
Fax:  (202) 434-5029
Email: emainigi@wc.com

Michael G. Cowie
Rani A. Habash
Michael H. McGinley
DECHERT LLP
1900 K Street, NW
Washington, DC 20006

1

Tel.: (202) 261-3300
Fax: (202) 261-3333
Email: mike.cowie@dechert.com

*Counsel for CVS Health Corporation*

## **CERTIFICATE OF SERVICE**

I certify that on December 17, 2018, I caused a copy of the foregoing document to be served electronically on all counsel of record via operation of the Court's CM/ECF system.

    By:    */s/ Craig D. Singer*
               Craig D. Singer