## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA *et al.*,

*Plaintiffs*,

v.

CVS HEALTH CORPORATION; and
AETNA INC.,

*Defendants*.

Case No. 1:18-cv-02340-RJL

**Hon. Richard J. Leon**

## NOTICE OF FILING OF CVS HEALTH EMPLOYEE DECLARATIONS REGARDING FOUR-STEP UNDERTAKING

CVS Health Corporation hereby submits employee declarations regarding the four-step undertaking described in CVS Health's December 20, 2018 letter to the Court, ECF No. 42, and the Court's Memorandum Order dated December 21, 2018, ECF No. 44:

1.      Declaration of Lisa Bisaccia, Executive Vice President and Chief Human Resources Officer of CVS Health.

2.      Declaration of Karen S. Lynch, Executive Vice President of CVS Health and President of Aetna.

3.      Declaration of Tracey Scraba, Chief Privacy Officer of CVS Health.


Dated:  January 4, 2019

Respectfully submitted,

*/s/ Michael G. Cowie*

Enu A. Mainigi
    D.C. Bar No. 454012
Craig D. Singer
    D.C. Bar No. 445362
Jonathan B. Pitt
    D.C. Bar No. 479765
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC  20005
Tel.:    (202) 434-5000
Fax:    (202) 434-5029
Email: emainigi@wc.com

Michael G. Cowie
    D.C. Bar No. 432338
Rani A. Habash
    D.C. Bar No. 981388
Michael H. McGinley
    D.C. Bar No. 1006943
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
Tel.:    (202) 261-3300
Fax:    (202) 261-3333
Email: mike.cowie@dechert.com

*Counsel for CVS Health Corporation*