

**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*
*450 Fifth Street, N.W.*
*Washington, DC 20530-0001*

January 7, 2019

**Via ECF**

The Honorable Richard J. Leon
U.S. District Court for the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Ave. NW
Washington, DC 20001

    Re:   *United States, et al. v. CVS Health Corporation* et al., 18-cv-02340-RJL

Dear Judge Leon:

    We write to provide an update regarding the status of the Antitrust Division's response to public comments in the above-referenced matter. At the hearing on December 18, 2018, counsel for the United States indicated that the Antitrust Division anticipated responding to those comments by early February 2019. Due to a lapse in appropriations that took effect at midnight on January 4, 2019, however, the Antitrust Division cannot work on its response to public comments at this time, and it will not be able to do so until funding is restored by Congress, *see* 31 U.S.C. § 1342, unless otherwise ordered by the Court.

    Once funding is restored, the Antitrust Division will resume its work and respond to public comments as promptly as possible. We will also then provide the Court with an update as to our estimated response date.

    Please let us know if you have any questions.

                        Respectfully submitted,

                        /s/ Peter J. Mucchetti
                        Peter J. Mucchetti
                        Chief, Healthcare & Consumer Products Section
                        U.S. Department of Justice, Antitrust Division
                        450 Fifth Street NW, Suite 4100
                        Tel: (202) 353-4211
                        Fax: (202) 307-5802
                        E-mail: Peter.J.Mucchetti@usdoj.gov

## CERTIFICATE OF SERVICE

I, Peter J. Mucchetti, hereby certify that on January 7, 2019, I caused a copy of the foregoing document to be served upon Plaintiffs State of California, State of Florida, State of Hawaii, State of Washington, and Defendants CVS Health Corporation and Aetna Inc., via the Court's CM/ECF system, and to be served upon Plaintiff State of Mississippi by mailing the documents electronically to its duly authorized legal representative:

**Counsel for State of Mississippi:**
Crystal Utley Secoy
Consumer Protection Division
Mississippi Attorney General's Office
P.O. Box 22947
Jackson, Mississippi 39225
Phone: (601) 359-4213
cutle@ago.state.ms.us

/s/
Peter J. Mucchetti
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 4100
Washington, D.C. 20530
Tel.: (202) 353-4211
Fax: (202) 307-5802
E-mail: Peter.J.Mucchetti@usdoj.gov