## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA *et al.*,

*Plaintiffs,*

v.

CVS HEALTH CORPORATION

and

AETNA INC.,

*Defendants.*

Case No. 1:18-cv-02340-RJL

## STATUS REPORT ON THE UNITED STATES' RESPONSE TO PUBLIC COMMENTS

We write to provide an update regarding the status of the Antitrust Division's response to public comments in the above-referenced matter.  At the hearing on December 18, 2018, counsel for the United States indicated that the Antitrust Division anticipated responding to those comments by early February 2019.  Due to a lapse in appropriations that took effect at midnight on January 4, 2019, however, the Antitrust Division cannot work on its response to public comments at this time, and it will not be able to do so until funding is restored by Congress, *see* 31 U.S.C. § 1342, unless otherwise ordered by the Court.

Once funding is restored, the Antitrust Division will resume its work and respond to public comments as promptly as possible.  We will also then provide the Court with an update as to our estimated response date.

Dated:  January 8, 2018

Respectfully submitted,

_____/s/_____
Peter J. Mucchetti
Chief, Healthcare & Consumer Products Section
U.S. Department of Justice, Antitrust Division
450 Fifth Street NW, Suite 4100
Tel: (202) 353-4211
Fax: (202) 307-5802
E-mail: Peter.J.Mucchetti@usdoj.gov

## CERTIFICATE OF SERVICE

I, Peter J. Mucchetti, hereby certify that on January 8, 2019, I caused a copy of the

foregoing document to be served upon Plaintiffs State of California, State of Florida, State of

Hawaii, State of Washington, and Defendants CVS Health Corporation and Aetna Inc., via the

Court's CM/ECF system, and to be served upon Plaintiff State of Mississippi by mailing the

documents electronically to its duly authorized legal representative:


**Counsel for State of Mississippi:**
Crystal Utley Secoy
Consumer Protection Division
Mississippi Attorney General's Office
P.O. Box 22947
Jackson, Mississippi 39225
Phone: (601) 359-4213
cutle@ago.state.ms.us


                                    /s/
                            _____
                            Peter J. Mucchetti
                            U.S. Department of Justice
                            Antitrust Division
                            450 Fifth Street NW, Suite 4100
                            Washington, D.C. 20530
                            Tel.: (202) 353-4211
                            Fax: (202) 307-5802
                            E-mail: Peter.J.Mucchetti@usdoj.gov