**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

UNITED STATES OF AMERICA *et al.*,

　　　　　*Plaintiffs*,

v.

CVS HEALTH CORPORATION

and

AETNA INC.,

　　　　　*Defendants*.

Case No. 1:18-cv-02340-RJL

---

**THE UNITED STATES' UNOPPOSED MOTION TO EXCUSE**
***FEDERAL REGISTER* PUBLICATION OF COMMENTS**

As authorized by 15 U.S.C. § 16(d), the United States moves this Court, for good cause, to excuse *Federal Register* publication of the comments received in this case and instead to authorize electronic publication of those comments. The United States proposes to meet its statutory obligations by posting the public comments on the Antitrust Division's publicly available website and publishing the internet address for those comments in the *Federal Register*. Defendants do not object to this motion.

**Background**

On October 10, 2018, the United States filed a proposed Final Judgment in this case. As required by the Antitrust Procedures and Penalties Act, 15 U.S.C. §§ 16(b)–(h) (the "Tunney Act"), the United States then published the proposed Final Judgment in the *Federal Register*, *see* 83 Fed. Reg. 52558 (October 17, 2018), and had summaries of the terms of the proposed Final Judgment published in *The Washington Post* on October 12–18, 2018. At the hearing on

December 18, 2018, the United States informed the Court that it had received approximately 95

public comments in this matter. Since the December 18 hearing, the United States has received

78 additional comments, for a total of 173.

**Argument**

The Tunney Act requires the United States to publish the comments and its response to

those comments in the *Federal Register* before moving the Court for entry of the proposed Final

Judgment. 15 U.S.C. § 16(d). In 2004, the Tunney Act was amended in light of the benefits of

electronic publication and the costs of publication in the *Federal Register*. The amendment

authorizes the Court to order an alternative publication method when the expense involved

exceeds the public-interest benefits to be gained:

> Upon application by the United States, the district court may, for good cause
> (based on a finding that the expense of publication in the Federal Register exceeds
> the public interest benefits to be gained from such publication), authorize an
> alternative method of public dissemination of the public comments received and
> the response to those comments.

15 U.S.C. § 16(d).[1]

Here, the expense of publication would be significant. The 173 comments in total amount

to approximately 1,890 pages, and the United States would incur approximately $165,000 to

$200,000 in expenses to publish these comments in the *Federal Register*.

Furthermore, since the 2004 amendment to 15 U.S.C. § 16(d), courts have repeatedly

granted motions by the United States to excuse *Federal Register* publication of Tunney Act

comments where, as here, such publication would involve significant expense that would exceed

---

[1] At the Senate hearing on the 2004 Tunney Act amendment, Senator Leahy of the Judiciary Committee noted that *Federal Register* publication can offer "little benefit, because those materials are, if anything, more accessible on the Web than in a library." 150 Cong. Rec. 6,328 (2004). Senator Kohl echoed those comments, stating, "[t]his provision is intended to avoid unnecessary expense in publishing proposed consent decrees if alternative means are available, such as, for example, posting the proposed decrees electronically, which are sufficient to inform interested persons of the proposed consent decree." *Id.* at 6,332.

the public-interest benefits of such publication.[2] The United States thus proposes to publish the

173 public comments on the Antitrust Division's website and publish in the *Federal Register* the

internet address at which the comments can be read and downloaded. This alternative would save

the expense of full *Federal Register* publication while preserving the public-interest benefits

associated with public access to the materials.

*   *   *

For these reasons, the United States respectfully requests that the Court enter the

Proposed Order authorizing an alternative method of public dissemination of the public

comments in this matter—namely, the publication in the *Federal Register* of a link to the

Antitrust Division's website, where those comments can be viewed and downloaded.


Dated: February 1, 2019

Respectfully submitted,


_____/s/_____
Jay D. Owen
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 4100
Washington, D.C. 20530
Tel.: (202) 598-2987
Fax: (202) 616-2441
E-mail: Jay.Owen@usdoj.gov

---

[2] *See, e.g.*, *United States v. Bayer AG, et al.*, No. 1:18-cv-01241-JEB (D.D.C. Jan. 2, 2019)
(attached as Ex. 1); *United States v. Anheuser-Busch InBev SA/NV, et al.*, No. 1:16-cv-01483-
EGS (D.D.C. Jan. 19, 2017) (attached as Ex. 2); *United States v. Anheuser-Busch InBev SA/NV,
et al.*, No. 1:13-cv-00123-RWR (D.D.C. Aug. 2, 2013) (attached as Ex. 3); *United States v.
United Techs. Corp.*, No. 1:12-cv-1230-RC (D.D.C. Mar. 25, 2013) (attached as Ex. 4).

**CERTIFICATE OF SERVICE**

I, Jay D. Owen, hereby certify that on February 1, 2019, I caused a copy of the foregoing

document to be served upon Plaintiffs State of California, State of Florida, State of Hawaii, State

of Washington, and Defendants CVS Health Corporation and Aetna Inc., via the Court's

CM/ECF system, and to be served upon Plaintiff State of Mississippi by mailing the documents

electronically to its duly authorized legal representative:


**Counsel for State of Mississippi:**
Crystal Utley Secoy
Consumer Protection Division
Mississippi Attorney General's Office
P.O. Box 22947
Jackson, Mississippi 39225
Phone: (601) 359-4213
cutle@ago.state.ms.us


                                        /s/
                                        _____
                                        Jay D. Owen
                                        U.S. Department of Justice
                                        Antitrust Division
                                        450 Fifth Street NW, Suite 4100
                                        Washington, D.C. 20530
                                        Tel.: (202) 598-2987
                                        Fax: (202) 616-2441
                                        E-mail: Jay.Owen@usdoj.gov