UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| United States of America et al., <br><br> Plaintiffs, <br><br> v. <br><br> CVS Health Corporation et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Case Number <br> ) 1:18-cv-02340-RJL <br> ) <br> ) <br> ) <br> ) <br> ) |

### MOTION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE BY AIDS HEALTHCARE FOUNDATION

Pursuant to 15 U.S.C. § 16(f)(3) and Local Rule 7(o), AIDS Healthcare Foundation ("AHF") respectfully moves this Court for leave to participate and file a brief as amicus curiae in this Tunney Act proceeding for the limited purpose of assisting the Court in its public interest determination of Plaintiff United States' Proposed Final Judgment. The proposed amicus curiae brief is filed as an attachment to this motion.

15 U.S.C. § 16(f)(3) permits the Court to "authorize full or limited participation in proceedings before the court by interested persons or agencies, including appearance amicus curiae…or participation in any other manner and extent which serves the public interest as the court may deem appropriate." It is commonplace for this Court to permit third-party participation by way of amicus curiae brief filings in similar merger matters during the Tunney Act review process. *See, e.g., United States v. Anheuser-Busch InBev, et al.*, Case No. 1:16-cv-01483 (D.D.C. 2018); *United States v. Microsoft Corp.*, 159 F.R.D. 318 (D.D.C. 1995); *United States v. Airline Tariff Publ'g Co.*, 1993 U.S. Dist. LEXIS 3553 (D.D.C. 1993).

AHF is the largest non-profit provider of care and treatment to people with HIV and AIDS in the world, servicing over one million patients in 43 countries. Established in 1987, AHF's mission is to provide cutting-edge medicine and advocacy for individuals living with HIV and AIDS. In the United States, AHF has health care centers and pharmacies in 15 states, and has Medicaid and Medicare managed care plans in California, Florida and Georgia. For every dollar earned by AHF Pharmacies, 96 cents goes to patient care, assisting communities afflicted with HIV and AIDS.

Representing a special needs population that depends upon a competitive marketplace for lifesaving drugs and treatments, AHF is profoundly troubled by the merger between CVS and Aetna.  The increasing consolidation and vertical integration of the health care industry—particularly where, as here, the result is that the payor, pharmacy benefits manager, and provider are under the same roof—can only lead to higher prices, reduced access, and less choice for consumers and patients.  For these reasons, AHF and its patients have a significant interest in the outcome of the Court's determination on whether the United States' Proposed Final Judgment is in the public interest.

In short, AHF believes that the Proposed Final Judgment is not sufficient to protect consumers or competition generally.  AHF respectfully requests that the Court grant this Motion with the attached amicus curiae brief for the purpose of informing the Court of its concern that the government's Complaint and proposed remedy fail to adequately address significant anticompetitive effects of the merger in the health care provider, PBM, and pharmacy markets. AHF believes that the merger will harm AHF and the vulnerable population it serves.

In compliance with Local Civil Rule 7(m), counsel for AHF has contacted counsel for the United States, State Plaintiffs and Defendants to confer on AHF's motion to participate as

Amicus Curiae, with the exception of the State of Mississippi, which does not have a contact for counsel listed on the Docket. The United States does not oppose this motion. The State of Florida does not oppose this motion. As of the date of this filing, counsel for the remaining State Plaintiffs nor Defense counsel have responded.

Dated:  February 5, 2019                                             Respectfully Submitted,


/s/Joseph J. Aronica
Joseph J. Aronica (DC Bar No.:  446139)
DUANE MORRIS LLP
505 9th Street, N.W.
Suite 1000
Washington, DC 20004
Telephone: 202-776-7824
Fax:  202-478-1885
Email:  JJAronica@duanemorris.com

Christopher H. Casey (*Pro Hac Vice forthcoming*)
Jonathan L. Swichar (*Pro Hac Vice forthcoming*)
Bradley A. Wasser (*Pro Hac Vice forthcoming*)
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: 215-979-1000
Fax: 215-979-1020
Email: CHCasey@duanemorris.com
          JLSwichar@duanemorris.com
          BAWasser@duanemorris.com

Attorneys for *Amicus Curiae AIDS Healthcare Foundation*