**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et. al.*  )<br>)<br>*Plaintiffs,*  )<br>)<br>v.  )<br>)<br>)<br>CVS HEALTH CORPORATION  )<br>)<br>and  )<br>)<br>AETNA INC.  )<br>)<br>*Defendants.*  )<br>)<br>) | Case 1:18-cv-02340-RJL |

**NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE BY THE AMERICAN MEDICAL ASSOCIATION**

After the American Medical Association (AMA) filed its motion for leave to participate as amicus curiae (Doc. No. 58), counsel for Defendants CVS Health Corporation and Aetna Inc. notified AMA's counsel that CVS and Aetna take the same position on the motion as the States of California and Florida. Those States took the same position as the United States, which "does not oppose the AMA's participation for the sole purpose of filing an amicus brief." The United States also noted that "this lack of opposition does not extend to a motion to intervene or a request to participate at a hearing, if one is held." The only relief requested in the motion is permission to file an amicus brief. (The AMA may ask to participate in a hearing at some point, but it is not requesting that relief now.) Therefore, all parties to this action with counsel listed on the docket do not oppose AMA's motion.

Dated:  March 4, 2019

Respectfully submitted,

*/s/ Henry C. Quillen*
HENRY C. QUILLEN (Bar ID 986686)
WHATLEY KALLAS LLP
159 Middle St., Suite 2C
Portsmouth, NH 03801
Telephone: (603) 294-1591
Fax: (800) 922-4851
hquillen@whatleykallas.com

*Counsel for the American Medical Association*