UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civil Case No. 18-2340 (RJL) |
| ) | |
| CVS HEALTH CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

April 8, 2019

FILED
APR - 8 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

For the reasons stated on the record at the April 5, 2019 hearing in this case, it is hereby

**ORDERED** that each *amicus curiae* who has been recognized by the Court to date and who wishes to present testimony at a hearing on the Government's Motion for Entry of Final Judgment [Dkt. # 57] shall file with the Court, on or before **April 19, 2019**, a list of no more than three witnesses that the *amicus curiae* proposes to offer at the hearing; it is further

**ORDERED** that each plaintiff or defendant who wishes to present testimony to rebut any witness identified by an *amicus curiae* shall file with the Court, on or before **May 3, 2019**, a list of no more than three witnesses, combined, that the parties propose to offer at a hearing on the Government's Motion for Entry of Final Judgment; it is further

**ORDERED** that all witness lists shall identify each proposed witness by name, describe the bases of the proposed witness's knowledge or expertise, describe the subject matter that will be covered by the proposed witness's testimony, and provide an estimate of the duration of the proposed witness's direct testimony; and it is further

**ORDERED** that the Court, alone, will decide which, if any, of these witnesses will be called at any future hearing.

**SO ORDERED**.

                                                          RICHARD J. LEON
                                                          United States District Judge