**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| United States of America et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CVS Health Corporation et al., )<br>)<br>Defendants. )<br>) | Civil Case Number<br>1:18-cv-02340-RJL |

## ***AMICUS CURIAE* AIDS HEALTHCARE FOUNDATION'S WITNESS LIST**

Pursuant to the Court's Order of April 8, 2019 (Dkt. 70), *Amicus Curiae* AIDS Healthcare Foundation ("AHF") hereby provides the Court with the following list of witnesses that AHF proposes to offer at any evidentiary hearing the Court may schedule:

**EXPERT WITNESSES**

**Dr. Hal Singer**

*Knowledge and Expertise*

Dr. Hal Singer is a Managing Director at Econ One Research Inc., a Senior Fellow at the George Washington Institute of Public Policy, and an Adjunct Professor at Georgetown University, McDonough School of Business, where he teaches advanced pricing to Master in Business Administration candidates. Dr. Singer earned a B.S. in Economics from Tulane University, and an M.A. and Ph.D. in Economics from The John Hopkins University. Dr. Singer's curriculum vitae is attached as Exhibit A.

*Subject Matter of Proposed Testimony*

Based on his experience as an economist and his analysis of the relevant, available evidence, Dr. Singer will testify regarding a number of different issues in this case, including product market and geographic market definition; market structure and market concentration; likely competitive effects of CVS Health Corporation's acquisition of Aetna Inc. (the "Acquisition"), including the effect of increased vertical integration in the relevant markets; and barriers to entry or expansion in the markets impacted by the Acquisition.

*Expected Duration of Proposed Direct Testimony*

The expected duration of Dr. Singer's direct examination testimony is approximately two hours.

**Dr. Lawton R. Burns**

*Knowledge and Expertise*

Dr. Lawton R. "Rob" Burns is the James Joo-Jin Kim Professor at the Wharton School of the University of Pennsylvania, where he is a Professor in the Department of Management and the Department of Health Care Management. Dr. Burns is also the Director of the Wharton Center for Health Management & Economics, and Co-Director of the Roy and Diana Vagelos Program in Life Sciences and Management at the University of Pennsylvania. In these roles, Dr. Burns teaches courses on the U.S. healthcare system and the industrial organization of healthcare.  Dr. Burns earned a Ph.D. in Sociology and a Masters in Business Administration in Health Administration from the University of Chicago. Dr. Burns' curriculum vitae is attached as Exhibit B.

*Subject Matter of Proposed Testimony*

Dr. Burns will testify on the claimed consumer welfare benefits for the Acquisition offered by CVS and Aetna, and specifically whether the Acquisition will improve access, cost, or quality in health care. His testimony will include discussion of the lack of reliable evidence for any consumer benefits from the merging parties' strategies of vertical integration and diversification, and the lack of consumer benefits from the Acquisition to compensate for welfare losses stemming from antitrust concerns.

*Expected Duration of Proposed Direct Testimony*

The expected duration of Dr. Burns' direct examination testimony is approximately one hour.

**FACT WITNESS**

**Michael B. Wohlfeiler, J.D., M.D., AAHIVS**

*Knowledge and Expertise*

Dr. Michael Wohlfeiler is the Chief Medical Officer of the AIDS Healthcare Foundation. He earned a Bachelor of Arts in Political Science from the University of Arizona, a Juris Doctorate from The University of Arizona College of Law, and a Doctor of Medicine from Rush Medical College. After two decades as a private practice physician focused on HIV medicine, in 2011 Dr. Wohlfeiler joined AHF as Medical Director for Research and Patient Protocols, and in 2013 became Chief Medical Officer. Dr Wohlfeiler is a Certified HIV Specialist by the American Academy of HIV Medicine. Dr. Wohlfeiler's curriculum vitae is attached as Exhibit C.

*Subject Matter of Proposed Testimony*

As Chief Medical Officer, Dr. Wohlfeiler directs the AHF Department of Medicine, which oversees and sets the standards for provision of specialized HIV/AIDS treatment and care in AHF's over sixty healthcare centers across the United States. Based on his expertise in the medical, clinical and pharmaceutical aspects of care for HIV/AIDS populations, Dr. Wohlfeiler will testify as to how increasing consolidation in the health care industry has negatively impacted health care providers like AHF that offer specialty services to vulnerable populations, and his concerns that the "Acquisition" will further harm such providers and their patients.

*Expected Duration of Proposed Direct Testimony*

The expected duration of Dr. Wohlfeiler's direct examination testimony is approximately one hour.

Respectfully Submitted,

/s/ Joseph J. Aronica
Joseph J. Aronica
DUANE MORRIS LLP
505 9th Street, N.W.
Suite 1000
Washington, DC 20004
Telephone: 202-776-7800
Fax:  202-776-7801

Christopher H. Casey
Jonathan L. Swichar
Bradley A. Wasser
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103-4196

Telephone: 215-979-1000
Fax: 215-979-1020

Attorneys for *Amicus Curiae AIDS Healthcare Foundation*

Dated: April 19, 2019