**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al*., <br><br> Plaintiffs, <br> v. <br><br> CVS HEALTH CORPORATION; and AETNA INC., <br><br> Defendants. | Civil Action No. 1:18-cv-02340-RJL |

**[PROPOSED] ORDER**

Upon consideration of the Motion To Exclude by Defendant CVS Health Corp. and Amici's briefs in opposition thereto, it is hereby ordered that CVS's Motion To Exclude is GRANTED. At any evidentiary hearing in these proceedings convened to assist the Court in determining whether the proposed Final Judgment is in the public interest, the Parties and Amici are instructed to limit witness testimony and all other evidence and argument to the sufficiency of the proposed Final Judgment in addressing the allegations in the Complaint.

SO ORDERED.


Dated: _____   _____
    Richard J. Leon
    United States District Judge