**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA *et al.*,

　　　　　　*Plaintiffs*,

v.

CVS HEALTH CORPORATION

and

AETNA INC.,

　　　　　　*Defendants.*

Case No. 1:18-cv-02340-RJL

**[PROPOSED] ORDER**

　　Having reviewed the Motion of the United States to Limit the Scope of the Tunney Act Hearing and Exclude Irrelevant and Undisclosed Testimony, the Court GRANTS the Motion.  It is HEREBY ORDERED that

1.　The scope of the Tunney Act hearing will be limited to the adequacy of the remedy for the violations alleged in the Complaint;

2.　Professor Greaney, Dr. Singer, Dr. Burns, Dr. Wohlfeiler, and Dr. Moss will be stricken from the witness lists and will be excluded from offering testimony;

3.　All testimony or evidence regarding potential violations not alleged in the Complaint is excluded, including all proposed testimony highlighted in blue in the United States' attachments;

4.　All legal opinions are excluded, including all proposed testimony highlighted in green in the United States' attachments;

5.  All unsupported opinion testimony is excluded, including all proposed testimony

highlighted in yellow or blue in the United States' attachments.

IT IS SO ORDERED by the Court, this _____ day of _____, 2019.


_____
United States District Judge