**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>CVS HEALTH CORPORATION; and<br>AETNA INC.,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:18-cv-02340-RJL<br><br>**Hon. Richard J. Leon** |

**CVS'S MOTION TO RESCHEDULE THE TUNNEY ACT HEARING**

Counsel for CVS Health Corp. ("CVS") in this matter, Enu Mainigi and Craig Singer, are also counsel for CVS in a case in Texas that is scheduled for a jury trial beginning on June 3, 2019.[1]  The trial conflicts with the June 4-6 dates the Court recently set for the hearing on the government's Motion for Entry of Final Judgment.  CVS respectfully asks the Court's indulgence to postpone the hearing until a mutually convenient date after the Texas trial, which is expected to conclude no later than June 21, 2019.

CVS has conferred with the government and *amici curiae* regarding this motion and none oppose.  The government does not oppose the motion, provided that the parties and the Court can find a mutually agreeable date.  The government has indicated that its counsel has conflicts during the week of June 24.  Consumer Action and U.S. PIRG do not oppose the motion.  The AIDS Healthcare Foundation takes no position.  The American Medical Association takes no position, except that if a postponement is granted, the AMA would require postponement to the week of July 8 or later due to Professor Sood's previous commitments and the July 4 holiday.

---

[1] *State of Texas ex rel. Winkelman et al. v. CVS Health Corp.*, No. D-1-GV-14-000388 (Trav. Cnty Dist. Ct.).

CVS and undersigned counsel recognize the importance of this Tunney Act hearing and are reluctant to request this postponement, but CVS does not wish to proceed in such an important matter without the benefit of its lead counsel.  CVS and undersigned counsel also, of course, equally recognize that the Court may be disinclined to change the date, and in that circumstance CVS will make alternative arrangements and be fully prepared to proceed on June 4.

Dated: May 15, 2019

Respectfully submitted,

*/s/ Enu A. Mainigi*

Enu A. Mainigi (D.C. Bar No. 454012)
Craig D. Singer (D.C. Bar No. 445362)
Jonathan B. Pitt (D.C. Bar No. 479765)
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, D.C. 20005
Tel.:    (202) 434-5000
Fax:    (202) 434-5029
Email: emainigi@wc.com

Michael G. Cowie (D.C. Bar No. 432338)
Rani A. Habash (D.C. Bar No. 981388)
Michael H. McGinley (D.C. Bar No. 1006943)
**DECHERT LLP**
1900 K Street, N.W.
Washington, DC 20006
Tel.:    (202) 261-3300
Fax:    (202) 261-3333
Email: mike.cowie@dechert.com

*Counsel for CVS Health Corporation*

## CERTIFICATE OF SERVICE

I, Benjamin W. Graham, hereby certify that on May 15, 2019, I caused a copy of the

foregoing document to be filed with the Court using the CM/ECF system, to be served upon

Plaintiffs United States of America, State of California, State of Florida, State of Hawaii and

State of Washington via the CM/ECF system, and to be served upon Plaintiff State of Mississippi

by mailing the documents electronically to its duly authorized legal representative:

**Counsel for State of Mississippi:**
Crystal Utley Secoy
Consumer Protection Division
Mississippi Attorney General's Office
P.O. Box 22947
Jackson, Mississippi 39225
Phone: (601) 359-4213
cutle@ago.state.ms.us

*/s/ Benjamin W. Graham*

Benjamin W. Graham
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, D.C. 20005
Tel.:   (202) 434-5000
Fax:   (202) 434-5029
Email: bgraham@wc.com