UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Case No. 18-2340 (RJL) |
| | ) |
| CVS HEALTH CORPORATION, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

May __16__, 2019

On May 15, 2019, CVS Health Corporation ("CVS") filed an unopposed Motion to Reschedule the Tunney Act Hearing [Dkt. # 91] in this case. The Tunney Act hearing is currently set to begin on June 4 and to end no later than June 6. In support of its motion, CVS explains that two of its attorneys also represent CVS in a matter set for a three-week trial, starting on June 3, in Texas.

While the Court may be inclined, in some cases, to postpone a Tunney Act hearing to accommodate counsel, several considerations particular to this case require that the June 4 hearing proceed as scheduled. First, according to CVS's motion, the scheduling conflict affects only two of the seven attorneys who have appeared for CVS in this matter, and CVS has confirmed that, despite the conflict, it can be fully prepared to proceed with the Tunney Act hearing on June 4. Second, the June 4 hearing will consist only of direct witness testimony, which

will be transcribed.  Attorneys will not be needed to cross-examine witnesses or make summary arguments.   Third, the Court has received no information suggesting that any witness is unavailable to testify on June 4, 5, or 6.  Fourth, granting any postponement of the Tunney Act hearing will require a *substantial* adjustment to the case schedule.  Given the representations from the parties in CVS's motion and the Court's own schedule, the Tunney Act hearing would need to be delayed until at least late July, if it does not go forward in early June. Finally, and most critically, the importance of this case to the parties, the healthcare industry, and healthcare consumers weighs heavily in favor of proceeding expeditiously.  Put simply, all interested parties deserve to learn the results of this Court's Tunney Act review as quickly as is feasible.

In light of all of these considerations, it is hereby

**ORDERED** that CVS's Motion to Reschedule the Tunney Act Hearing [Dkt. # 91] is **DENIED**; the Tunney Act hearing remains set for 10:30 am on June 4, 2019, in Courtroom 18, and the hearing shall conclude no later than 5:30 pm on June 6, 2019.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge