AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cv-02340-RJL |
| CVS Health Corporation, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aetna Inc.

Date: 05/24/2019

/s/ Enu A. Mainigi
*Attorney's signature*

Enu A. Mainigi (D.C. Bar No. 454012)
*Printed name and bar number*

WILLIAMS & CONNOLLY LLP
725 Twelfth Street N.W.
Washington, DC 20005
*Address*

emainigi@wc.com
*E-mail address*

(202) 434-5420
*Telephone number*

(202) 434-5029
*FAX number*

## CERTIFICATE OF SERVICE

I, Enu A. Mainigi, hereby certify that on May 24, 2019, I caused a copy of the foregoing document to be filed with the Court using the CM/ECF system, to be served upon Plaintiffs United States of America, State of California, State of Florida, State of Hawaii and State of Washington via the CM/ECF system, and to be served upon Plaintiff State of Mississippi by mailing the documents electronically to its duly authorized legal representative:

**Counsel for State of Mississippi:**
Crystal Utley Secoy
Consumer Protection Division
Mississippi Attorney General's Office
P.O. Box 22947
Jackson, Mississippi 39225
Phone: (601) 359-4213
cutle@ago.state.ms.us

*/s/ Enu A. Mainigi*

Enu A. Mainigi
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, D.C. 20005
Tel.:   (202) 434-5420
Fax:   (202) 434-5029
Email: emainigi@wc.com