# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-02340-RJL |
| CVS Health Corporation, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aetna Inc.

Date: 05/24/2019

/s/ Craig D. Singer
*Attorney's signature*

Craig D. Singer (D.C. Bar No. 445362)
*Printed name and bar number*

WILLIAMS & CONNOLLY LLP
725 Twelfth Street N.W.
Washington, DC 20005
*Address*

csinger@wc.com
*E-mail address*

(202) 434-5964
*Telephone number*

(202) 434-5029
*FAX number*

## CERTIFICATE OF SERVICE

  I, Craig D. Singer, hereby certify that on May 24, 2019, I caused a copy of the foregoing document to be filed with the Court using the CM/ECF system, to be served upon Plaintiffs United States of America, State of California, State of Florida, State of Hawaii and State of Washington via the CM/ECF system, and to be served upon Plaintiff State of Mississippi by mailing the documents electronically to its duly authorized legal representative:

**Counsel for State of Mississippi:**
Crystal Utley Secoy
Consumer Protection Division
Mississippi Attorney General's Office
P.O. Box 22947
Jackson, Mississippi 39225
Phone: (601) 359-4213
cutle@ago.state.ms.us

                 */s/ Craig D. Singer*

                 Craig D. Singer
                 **WILLIAMS & CONNOLLY LLP**
                 725 12th Street, N.W.
                 Washington, D.C. 20005
                 Tel.: (202) 434-5964
                 Fax: (202) 434-5029
                 Email: csinger@wc.com