UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *et al.* )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>**CVS HEALTH CORPORATION** )<br>)<br>**and** )<br>)<br>**AETNA INC.** )<br>)<br>*Defendants.* )<br>) | Case No. 1:18-cv-02340-RJL |

**AMICUS CURIAE AMERICAN MEDICAL ASSOCIATION'S NOTICE OF AGREEMENT ON HEARING PROCEDURES**

PLEASE TAKE NOTICE that the amici and the parties (United States, CVS Health Corporation, and Aetna Inc.) have agreed that the amici's witnesses may testify in the following order:

Dr. Neeraj Sood

Dr. Michael B. Wohlfeiler

Dr. Diana L. Moss

The amici and parties have also agreed to share demonstrative exhibits with each other, with the amici providing their exhibits to the parties by 7:30 p.m. on June 3, and the parties providing their exhibits to the amici by 7:30 p.m. on June 4.  The parties reserve the right to make changes or append their demonstratives after the proceedings on June 4, and will submit any changes to the amici by 9:00 a.m. on June 5.

Dated:  May 31, 2019    Respectfully submitted,

*/s/ Henry C. Quillen*
Henry C. Quillen (Bar ID 986686)
WHATLEY KALLAS LLP
159 Middle St., Suite 2C
Portsmouth, NH 03801
Telephone: (603) 294-1591
Fax: (800) 922-4851
hquillen@whatleykallas.com

Henry S. Allen, Jr. (admitted *pro hac vice*)
Senior Attorney, Advocacy Resource Center
AMERICAN MEDICAL ASSOCIATION
330 N. Wabash
Chicago, IL 60611
Telephone: (312) 464-4271
Fax: (312) 224-6919
henry.allen@ama-assn.org

*Counsel for the American Medical Association*

## CERTIFICATE OF SERVICE

I, Henry C. Quillen, hereby certify that on May 31, 2019, I caused a copy of the foregoing document to be served upon Plaintiffs United States of America, State of California, State of Florida, State of Hawaii, State of Washington, and Defendants CVS Health Corporation and Aetna, Inc., via the Court's CM/ECF system, and to be served upon Plaintiff State of Mississippi by mailing the document electronically to its duly authorized legal representative:

**Counsel for the State of Mississippi:**
Crystal Utley Secoy
Consumer Protection Division
Mississippi Attorney General's Office
P.O. Box 22974
Jackson, Mississippi 39225
Phone: (601) 359-4213
cutle@ago.state.ms.us

/s/   Henry C .Quillen
Henry C. Quillen (Bar ID 986686)