# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        Plaintiffs,<br>  v.<br><br>CVS HEALTH CORPORATION; and AETNA INC.,<br><br>        Defendants. | Civil Action No. 1:18-cv-02340-RJL |

## CVS HEALTH'S NOTICE OF ORDER OF WITNESSES

Pursuant to the Court's May 31, 2019 Order that the parties identify the sequence in which their rebuttal witnesses will testify should the parties choose to examine them, CVS Health intends to call its witnesses in the following order:

1. Dr. Lawrence Wu, President, NERA

2. Dr. Alan Lotvin, Executive Vice President, CVS Health Chief Transformation Officer

3. Terri Swanson, Vice President, Aetna Medicare Product and Part D Business

If both CVS Health and the United States choose to examine Ms. Swanson, the parties have agreed that CVS Health would go first.

The United States does not oppose this witness sequence.

Dated: June 3, 2019                                     Respectfully submitted,

/s/ *Michael G. Cowie*
Michael G. Cowie
    D.C. Bar No. 432338
Rani A. Habash
    D.C. Bar No. 981388
Michael H. McGinley
    D.C. Bar No. 1006943
**DECHERT LLP**
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-333
E-Mail: mike.cowie@dechert.com

Enu A. Mainigi
    D.C. Bar No. 454012
Craig D. Singer
    D.C. Bar No. 445362
Jonathan B. Pitt
    D.C. Bar No. 479765
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-Mail: emainigi@wc.com

*Counsel for CVS Health Corporation*