# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CVS HEALTH CORPORATION <br><br> and <br><br> AETNA INC., <br><br> *Defendants.* | Case No. 1:18-cv-02340-RJL |

## [PROPOSED] ORDER

Having reviewed the United States' Motion to Present Rebuttal Testimony and Evidence, the Court GRANTS the Motion. It is HEREBY ORDERED that:

1) The United States may present a rebuttal case of its choosing, including eight hours of testimony from its witnesses;

2) The United States must identify those witnesses and the scope of each of their expected testimony two weeks from the date this order is granted; and

3) The Court will set a schedule for the presentation of the United States' rebuttal case.

IT IS SO ORDERED by the Court, this _____ day of _____, 2019.

_____
United States District Judge