**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CVS HEALTH CORPORATION; and AETNA INC., <br><br> *Defendants*. | Case No. 1:18-cv-02340-RJL <br><br> **Hon. Richard J. Leon** |

**NOTICE OF FILING OF CVS HEALTH EMPLOYEE DECLARATIONS
REGARDING FOUR-STEP UNDERTAKING**

CVS Health Corporation hereby submits employee declarations regarding the four-step undertaking described in CVS Health's December 20, 2018 letter to the Court, ECF No. 42, and the Court's Memorandum Order dated December 21, 2018, ECF No. 44:

1. Declaration of Lisa Bisaccia, Executive Vice President and Chief Human Resources Officer of CVS Health.

2. Declaration of Karen S. Lynch, Executive Vice President of CVS Health and President of Aetna.

3. Declaration of Tracey Scraba, Chief Privacy Officer of CVS Health.

Dated:  July 3, 2019                             Respectfully submitted,

                                                            */s/ Michael G. Cowie*

2

| | |
|---|---|
| Enu A. Mainigi | Michael G. Cowie |
|     D.C. Bar No. 454012 |     D.C. Bar No. 432338 |
| Craig D. Singer | Rani A. Habash |
|     D.C. Bar No. 445362 |     D.C. Bar No. 981388 |
| Jonathan B. Pitt | Michael H. McGinley |
|     D.C. Bar No. 479765 |     D.C. Bar No. 1006943 |
| WILLIAMS & CONNOLLY LLP | DECHERT LLP |
| 725 Twelfth Street, NW | 1900 K Street, NW |
| Washington, DC  20005 | Washington, DC 20006 |
| Tel.:   (202) 434-5000 | Tel.:   (202) 261-3300 |
| Fax:   (202) 434-5029 | Fax:   (202) 261-3333 |
| Email: emainigi@wc.com | Email: mike.cowie@dechert.com |

*Counsel for CVS Health Corporation*