UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *et al.* ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | Case No. 1:18-cv-02340-RJL |
| ) | |
| **CVS HEALTH CORPORATION** ) | |
| ) | |
| **and** ) | |
| ) | |
| **AETNA INC.** ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

### UNOPPOSED MOTION TO CLARIFY ORAL ARGUMENT PROCEDURE

On July 8, 2019, this Court entered a minute order allowing the parties and amici to present oral argument on July 19. The American Medical Association respectfully requests that the Court enter an order providing that the parties and amici will present argument in the following order:

- United States
- Plaintiff States
- CVS Health Corporation
- American Medical Association
- AIDS Healthcare Foundation
- Consumer Action/U.S. PIRG

The United States, Plaintiff States, and CVS Health Corporation would be permitted to reserve time for rebuttal. Pursuant to Local Civil Rule 7(m), the American Medical Association has requested the position of all amici and parties on this relief. The motion is unopposed.

1

Dated:  July 16, 2019

Respectfully submitted,

*/s/ Henry C. Quillen*
Henry C. Quillen (Bar ID 986686)
WHATLEY KALLAS LLP
159 Middle St., Suite 2C
Portsmouth, NH 03801
Telephone: (603) 294-1591
Fax: (800) 922-4851
hquillen@whatleykallas.com

Henry S. Allen, Jr. (admitted *pro hac vice*)
Senior Attorney, Advocacy Resource Center
AMERICAN MEDICAL ASSOCIATION
330 N. Wabash
Chicago, IL 60611
Telephone: (312) 464-4271
Fax: (312) 224-6919
henry.allen@ama-assn.org

*Counsel for the American Medical Association*