UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. 18-2340 (RJL) |
| ) | |
| CVS HEALTH CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER
(September 4th, 2019) [Dkt. # 57]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the United States of America's Motion to Enter the Proposed Final Judgment [Dkt. # 57] is **GRANTED**; and it is further

**ORDERED** that the proposed Final Judgment, with the one modification described in the Memorandum Opinion, is **ENTERED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge